IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PRESIDENT CURTIS JONES OF COMPUTER LEARNING CENTERS OF UTAH,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA, COMMISSIONER OF INTERNAL REVENUE, and CODY T. NELSON REVENUE AGENT,<br><br>Respondent. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-01250-DN-PMW<br><br>District Judge David Nuffer<br>Magistrate Judge Paul M. Warner |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul M. Warner on August 31, 2017 recommends that Respondents' motion to dismiss[2] be granted, the Petition[3] be denied, and this action be dismissed.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[4] is adopted in its entirety.

---

[1] Report and Recommendation, docket no. 7, filed August 31, 2017.

[2] Motion to Dismiss Petition to Quash 3rd Party Summons, docket no. 5, filed March 6, 2017.

[3] Petition to Quash 3rd Party Summons, docket no. 1, filed December 13, 2016.

[4] *Id*.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[5] is ADOPTED and this case is DISMISSED.

The Clerk is directed to close the case.

Signed September 22, 2017.

BY THE COURT

_____
District Judge David Nuffer

---

[5] Report and Recommendation, docket no. 7, filed August 31, 2017.